| | |
|---|---|
| Jennifer A. Smith<br>jsmith@lionelsawyer.com<br>NV Bar No. 610<br>LIONEL SAWYER & COLLINS<br>1100 Bank of America Plaza<br>50 West Liberty Street<br>Reno, Nevada 89501<br>(775) 788-8624 (Telephone)<br>(775) 788-8682 (Fax) | **Electronically Filed May 19, 2010** |

Attorneys for Empire Advisors, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COPPER KING MINING CORPORATION, A NEVADA CORPORATION,<br><br>    Debtor. | Case No.: 10-51912-GWZ<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** |

On May 19, 2010, I caused to be served the following document(s):

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

I caused to be served the above named document(s) by the following means to the persons as listed below:

a.   ECF System:

BRUCE THOMAS BEESLEY on behalf of Debtor COPPER KING MINING CORPORATION
bbeesley@lrlaw.com;rmaples@lrlaw.com;jmoulian@lrlaw.com; mburns@lrlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

I declare under penalty of perjury the foregoing is true and correct.

DATED this 19th day of May, 2010.

By:  /s/ Christine O'Brien
An Employee of Lionel Sawyer & Collins

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO, NEVADA 89501
(775) 788-8666