Parsons Behle & Latimer  
Rew R. Goodenow, Bar No. 3722  
50 West Liberty Street, Suite 750  
Reno, NV 89501  
Telephone:     (775) 323-1601  
Facsimile:      (775) 348-7250  
RGoodenow@parsonsbehle.com  

Attorneys for Nevada Star Resource Corp.

E-filed May 24, 2010

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>COPPER KING MINING CORPORATION aka WESTERN UTAH COPPER COMPANY,<br><br>Debtor. | CASE No. BK-N-10-51912-GWZ<br><br>(Chapter 11)<br><br>**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002** |

   PLEASE TAKE NOTICE that Rew R. Goodenow of PARSONS BEHLE & LATIMER, on behalf of Nevada Star Resource Corp., hereby requests, pursuant to Bankruptcy Rule 2002, special notice of all motions, applications, hearings, orders, writings, proceedings, and the like in the above-captioned matters including, but not limited to, the following:

   (a)  All matters and papers which must be sent to creditors, equity security holders, or the unsecured creditors' committee;

   (b)  All matters regarding relief from the automatic stay under Section 362 of the Bankruptcy Code;

   (c)  All matters regarding the use, the sale, or the lease of the Debtor's property under Section 363 of the Bankruptcy Code;

  (d) All matters regarding the obtaining of credit under Section 364 of the Bankruptcy Code;

  (e) All matters regarding executory contracts and unexpired leases under Section 365 of the Bankruptcy Code;

  (f) All matters regarding the time requirements to file claims against the Debtor;

  (g) All matters regarding reorganization of the Debtor, including a copy of any disclosure statement or plan or reorganization;

  (h) All matters regarding any adversary proceeding filed by or against the Debtor; and

  (i) All documents filed by any party in any adversary proceeding.

  Neither this request for notice, nor any subsequent appearance, pleadings, claim, proof of claim, document, suit, motion, or any other writing or conduct shall constitute a waiver by these creditors of the following rights:

  (a) Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

  (b) Right to trial in any proceeding in which this right exists, whether the right be designed legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under 28 U.S.C. Section 157(b)(2)(H), and whether the right is asserted under statute or the United States Constitution;

  (c) Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

  (d) Other rights, claims, actions, defenses, set-offs, recoupments, or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

  Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

1  Nevada Star Resource Corp. further requests that all such notices be addressed to it as
2  follows:

      Rew R. Goodenow
      PARSONS BEHLE & LATIMER
      50 W. Liberty Street, Suite 750
      Reno, NV 89501
      (775) 323-1601
      (775) 348-7250 (Facsimile)
      Email: rgoodenow@parsonsbehle.com

Dated: May 24, 2010                            PARSONS BEHLE & LATIMER

                                              By: _____
                                                 Rew R. Goodenow,
                                                 Attorneys for Nevada Star Resource Corp

PARSONS BEHLE & LATIMER

- 3 -

18185.001/4813-5984-6150.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24 day of May, 2010, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULE 2002, to:

Bruce Thomas Beesley
Lewis and Roca LLP
50 W. Liberty Street, Suite 410
Reno, NV 89501
(775) 823-2900
bbeesley@lrlaw.com
Attorney for Copper King Mining Corporation

Jennifer A. Smith
Lionel Sawyer & Collins
50 w. Liberty Street, Suite 1100
Reno, NV 89501
(775) 788-8666
bklscr@lionelsawyer.com
Attorney for Empire Advisors, LLC

US Trustee – RN-11
300 Booth Street, Suite 2129
Reno, NV 89509
USTPRegion17.RE.ECF@usdoj.gov

_____
Employee of Parsons Behle & Latimer

12148.004/4823-0665-1397.1