NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 2129
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case no: BK-N-10-51912-GWZ |
| | ) | Chapter: 11 |
| | ) | |
| | ) | |
| COPPER KING MINING CORP., | ) | **AMENDED NOTICE OF** |
| | ) | **APPOINTMENT OF COMMITTEE OF** |
| | ) | **UNSECURED CREDITORS** |
| | ) | |
| | ) | Hearing Date:       N/A |
| _____ Debtor . | ) | Hearing Time:       N/A |

TO THE HONORABLE GREGG W. ZIVE, BANKRUPTCY JUDGE:

Pursuant to Section 1102 of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors.

1.    TERRA TEK LLC

Represented by:      Tom Campbell and Jim Campbell
PO Box 9381
Salt Lake City, UT 84109
801-232-9991
888-468-8210 fax

2.    QUALITY CRUSHING

Represented by:     Gene Henrie
                    956 S. Canyon Drive
                    Cedar City UT 84720
                    435-671-2263
                    435-867-5786 fax

3.    ROLLINS CONSTRUCTION & TRUCKING LLC

Represented by:     Kelly Rollins
                    PO Box 40
                    Milford, UT 84751
                    435-387-2175
                    435-387-2190 fax

4.    WELTI & CALL ADVERTISING

Represented by:     Ted Phillips
                    376 East 400 South, Ste. 307
                    Salt Lake City, UT 84111
                    801-533-8188
                    801-533-8190 fax

5.    DAVE HARTSHORN, CONTRACT GEOLOGIST

Represented by:     Dave Hartshorn
                    PO Box 999
                    Delta, UT 84624
                    435-864-4365
                    435-864-4365 fax


DATED this 4th day of June, 2010.


                            Respectfully submitted,

                            Nicholas Strozza
                            State Bar # CA 117234
                            William B. Cossitt
                            State Bar #3484
                            300 Booth Street, #2129
                            Reno NV 89509
                            (775) 784-5335

                            **/s/ WILLIAM B. COSSITT**
                            _____
                            Attorneys for Acting United States Trustee
                            Sara L. Kistler

<u>CERTIFICATE OF SERVICE</u>

1.    On June 4, 2010, I served the foregoing NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS.

2.    I served the above-named document(s) by the following means to the persons as listed below:

    X    a. ECF System:

BRUCE THOMAS BEESLEY bbeesley@lrlaw.com, rmaples@lrlaw.com; jmoulian@lrlaw.com; mburns@lrlaw.com

ROBERT R. KINAS rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com cdossier@swlaw.com; lvdocket@mindspring.com;vcampbell@swlaw.com; nbaig@swlaw.com

DAVID B GOLUBCHIK dbg@lnbrb.com, angela@lnbrb.com

REW R. GOODENOW ecf@parsonsbehle.com

LAURY MILES MACAULEY lmacauley@lrlaw.com, rmaples@lrlaw.com

JENNIFER A. SMITH bklscr@lionelsawyer.com, cobrien@lionelsawyer.com

U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov


    X    b. U.S. Mail, postage fully prepaid:

| | |
|---|---|
| Dave Hartshorn<br>PO Box 999<br>Delta, UT 84624 | Cardwell Distributing, Inc.<br>d/b/a Hutchinson Oil Co.<br>8137 South State Street<br>Midvale, UT 84047 |
| Tom Campbell<br>Jim Campbell<br>PO Box 9381<br>Salt Lake City, UT 84109 | Gene Henrie<br>956 S. Canyon Drive<br>Cedar City UT 84720 |
| Kelly Rollins<br>POB 40<br>Milford, UT 84751 | Ted Phillips<br>376 East 400 South, Ste. 307<br>Salt Lake City, UT 84111 |

/s/ KIMBERLY FLORES

Kimberly Flores