**ORDER DENIED**

Entered on Docket
June 04, 2010

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

MARTIN J. BRILL (Calif. Bar No. 53220) mjb@lnbrb.com
DAVID B. GOLUBCHIK (Calif. Bar No. 185520) dbg@lnbrb.com
KRIKOR J. MESHEFEJIAN (Calif. Bar No. 255030) kjm@lnbrb.com
**LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.**
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

*Proposed Reorganization Counsel for Chapter 11 Debtor and Debtor-in-Possession*

Bruce T. Beesley (NV Bar No. 1164) bbeesley@lrlaw.com
LEWIS AND ROCA LLP
Bank of America Plaza
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone: (775) 823-2900

*Proposed Co-Counsel for Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COPPER KING MINING CORPORATION,<br><br>Debtor and Debtor-in-Possession. | Case No. 10-51913-GWZ<br>Chapter 11<br><br>**ORDER SHORTENING NOTICE PERIOD FOR HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364 AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[HEARING REQUESTED PRIOR TO OR ON JUNE 10, 2010] |

1  The Court, having considered the motion for an order shortening time filed by COPPER KING MINING CORPORATION (the "Debtor"), Chapter 11 debtor and debtor in possession herein, for a hearing on the concurrently filed motion for entry of an order authorizing the Debtor to obtain post-petition financing pursuant to 11 U.S.C. § 364 and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Financing Motion"), with good cause appearing, hereby

**ORDERS** that a hearing on the Financing Motion shall be held on June __, 2010, at __:__ _.m., in the Clifton Young Federal Building, United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509; and further

**ORDERS** that any objection to the Financing Motion must be filed and served by June __, 2010, at __:__ _.m.; and further

**ORDERS** that any response to any objection must be filed and served by June __, 2010, at __:__ _.m.; and further

**ORDERS** that service of this Order shall be completed by June 4 , 2010.

**IT IS SO ORDERED.**

###

2