Jason P. Alter, Esq.  
Pa. I.D. No. 307596  
McGuireWoods LLP  
EQT plaza  
625 Liberty Avenue, 23rd Floor  
Pittsburgh, PA  15222  
Telephone:  (412) 667-6000  
Facsimile:  (412) 667-6050  
E-mail: jalter@mcguirewoods.com  

E-Filed on: 06/15/2010

Proposed Counsel to the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>COPPER KING MINING CORPORATION,<br><br>Debtor. | Case No.: BK-N-10-51912-GWZ<br><br>Chapter 11<br><br>VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNY NOT ADMITTED TO THE BAR OF THIS COURT |

Jason P. Alter, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Pittsburgh, Pennsylvania.

2. That Petitioner is an attorney at law and an associate of the law firm of McGuireWoods LLP, with an office at EQT plaza, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA  15222, Telephone Number (412) 667-6000.

3. That Petitioner has been retained personally or as a member of the law firm by the Official Committee of Unsecured Creditors of Copper King Mining Corporation to provide legal representation in connection with the above entitled case now pending before this Court.

4. That since 2009, Petitioner has been and presently is a member in good standing of the Bar of the highest Court of the Commonwealth of Pennsylvania where Petitioner practices law.

5. That Petitioner was admitted to practice before the following United States District Court

indicated, and that Petitioner is presently a member in good standing of the bar of said Court.

<u>Date Admitted</u>

USDC - Western District of Pennsylvania                              2009

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:  None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):  None.

8. That Petitioner is a member of good standing in the following Bar Associations: the Allegheny County Bar Association and the Pennsylvania Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Application Granted or Denied |
| --- | --- | --- | --- |
| 11/29/2007 | In re Mid-State Services, Inc. | United States Bankruptcy Court for the District of Nevada | Granted |
| 11/28/2007 | In re Hidden Splendor Resources, Inc. | United States Bankruptcy Court for the District of Nevada | Granted |
| 9/18/2009 | World Market Center Venture v. Ellen Strickland, et al. | United States District Court for the District of Nevada | Granted |
| 2/16/2009 | Leber, et al. v. Starpoint Resort Group, Inc. | United States District Court for the District of Nevada | Granted |
| 1/7/2009 | Kiedtke, et al. v. BVT Hbavarian LP, et al. | United States District Court for the District of Nevada | Granted |

| | | | |
|---|---|---|---|
| 4/23/2007 | Dwayne Huston v. Verizon Federal Network Systems, LLC | United States District Court for the District of Nevada | Granted |
| 4/1/2007 | Theodore Tabellija v. United Parcel Service | United States District Court for the District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

That Petitioner respectfully requests that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Jason P. Alter

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS: |
| COUNTY OF ALLEGHENY | ) |

JASON P. ALTER, Petitioner, being first duly sworn, deposes and says that the foregoing statements are true.

_____
Jason P. Alter

Sworn to and subscribed
before me this 11th day
of June, 2010.

_____
Notary Public