| | |
|---|---|
| Edmond "Buddy" Miller (Bar No. 003116)<br>6490 S. McCarran Blvd.<br>Bldg. C, Suite 26<br>Reno, NV 89509<br>Telephone:  (775) 828-9898<br>Facsimile:   (775) 828-9893<br>Email: bmiller@buddymillerlaw.com | E-Filed on: 06/17/2010 |

Michael J. Roeschenthaler, Esq.
Mark E. Freedlander, Esq.
William C. Price, Esq.
Jason P. Alter, Esq.
MCGUIREWOODS, LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
E-mail: mroeschenthaler@mcguirewoods.com
mfreedlander@mcguirewoods.com
wprice@mcguirewoods.com
jalter@mcguirewoods.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>COPPER KING MINING CORP.,<br><br>Debtor. | Case No.: BK-N-10-51912-GWZ<br><br>Chapter:  11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE FOR SERVICE OF PLEADINGS AND OTHER PAPERS**<br><br>**[No Hearing Required]** |

TO ALL PARTIES:

PLEASE TAKE NOTICE that EDMOND "BUDDY" MILLER, local counsel to the Official Committee of Unsecured Creditors (the "Committee") of Copper King Mining Corp. ("Copper King" or the "Debtor") and the related case, Western Utah Copper Company ("Western Utah" or the "Debtor"), Case No. 10-51913, files his Notice of Appearance and Request for Special Notice, pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, and respectfully requests that counsel below be included on the matrix, so as to receive all documents,

Edmond "Buddy" Miller
6490 S. McCarran
Bldg. C, Ste. 26
Reno, NV 89509

-1-
Notice Of Appearance And Request For Special Notice for Service Of Pleadings And Other Papers

pleadings, exhibits in this case, and that all notices herein given, or required to be served in this case, be served at the following address:

> **Edmond "Buddy" Miller, Esq.**
> 6490 S. McCarran Blvd., Bldg. C, Suite 26
> Reno, NV 89509
> Telephone: (775) 828-9898
> Facsimile: (775) 828-9893
> Email: bmiller@buddymillerlaw.com
>
> Michael J. Roeschenthaler, Esq.
> Mark E. Freedlander, Esq.
> William C. Price, Esq.
> Jason P. Alter, Esq.
> MCGUIREWOODS, LLP
> 625 Liberty Avenue, 23rd Floor
> Pittsburgh, PA  15222
> Telephone: (412) 667-6000
> Facsimile:  (412) 667-6050
> E-mail: mroeschenthaler@mcguirewoods.com
> mfreedlander@mcguirewoods.com
> wprice@mcguirewoods.com
> jalter@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, in the captioned bankruptcy case, whether transmitted or conveyed by mail, email, telephone, telecopier or otherwise.

Dated this 17th day of June, 2010.

/s/ Edmond Buddy Miller
_____
Edmond "Buddy" Miller,
*Proposed Counsel for the Official Committee of Unsecured Creditors*

Edmond "Buddy" Miller
6490 S. McCarran
Bldg. C, Ste. 26
Reno, NV 89509

-2-
Notice Of Appearance And Request For Special Notice for Service Of Pleadings And Other Papers