# United States Bankruptcy Court
## District of Nevada

MEMORANDUM OF CASE TRANSFER

TO: Clerk, U.S. Bankruptcy Court for the District of UTAH

FROM: CARYN YOUNGBLOOD, Deputy Clerk, U.S. Bankruptcy Court, District of Nevada

DATE: 7/23/10

SUBJECT: Transfer of Case Number 10−51912−gwz , COPPER KING MINING CORPORATION, Debtor

We are hereby transmitting the original Bankruptcy file in the above−mentioned matter.

Please acknowledge receipt of same below and return to our office via e−mail. Thank you for your cooperation.

Receipt is hereby acknowledged of the above−noted transfer case and assigned new case number: _____.

Date: _____                              By:_____
                                                                        Deputy Clerk